## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| F.C. BLOXOM COMPANY INTERNATIONAL,<br><br>　　　　　　　　Plaintiff(s),<br>　v.<br><br>HAPAG-LLOYD (AMERICA) LLC,<br><br>　　　　　　　　Defendant(s). | CASE NO. C25-1218-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties agree that Plaintiff shall amend its complaint to name the proper defendant in this action, and also agree that Defendant's deadline to respond to the complaint should be extended to allow for that amendment. Dkt. No. 7. Accordingly, the Court GRANTS the parties' stipulated motion (*id*.), and hereby extends Defendant's deadline to respond to the complaint to August 5, 2025.

Dated this 7th day of July, 2025.

*[signature: Kymberly K Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1