## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| F.C. BLOXOM COMPANY INTERNATIONAL,<br><br>Plaintiff(s),<br><br>v.<br><br>HAPAG-LLOYD (AMERICA) LLC, et al.,<br><br>Defendant(s). | CASE NO. C25-1218-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties filed a notice of settlement and jointly request that any case deadlines be vacated. Dkt. Nos. 15, 16. The Court GRANTS the stipulated motion (Dkt. No. 15), VACATES the early case deadlines previously set (Dkt. Nos. 6, 14), and ORDERS the parties to file dismissal paperwork no later than October 20, 2025.

Dated this 18th day of August, 2025.

Kymberly K. Evanson
United States District Judge