UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.C. BLOXOM COMPANY INTERNATIONAL,<br><br>     Plaintiff(s),<br><br> v.<br><br>HAPAG-LLOYD (AMERICA) LLC, et al.,<br><br>     Defendant(s). | CASE NO. C25-1218-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

  The parties settled this matter and filed a stipulated motion for dismissal with prejudice, without an admission of liability, and without an award of costs or fees to any party. Dkt. No. 18.

  As it appears that no issue remains for the Court's determination, the Court GRANTS the stipulated motion and DISMISSES all claims with prejudice, without an admission of liability, and without an award of costs or fees to any party.

  Dated this 21st day of October, 2025.

*Kymberly K. Evanson*
—————————————
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1